9-19-16

To whom it may concern,

My release date is Oct. 16.16 My mailing address will be 1551 Ivy Avenue Newport News VA. 23607. I will be mailing a money order in to pay the fees for the 1983 form that I have produced. I will also be getting in touch with a civil suite lawyer. Any information that needs to be mailed to me can be mailed to this address provided. I will like to know when this case would be on docket and how soon. I thank you for your time and patients and I plan on hearing back from you.

*[signature]*

RECEIVED
SEP 23 2016
CLERK U.S. DISTRICT COURT
RICHMOND, VA.